KATE RYAN, Respondent, v. HAMMOND STEEL COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concurred.

MELZER D. ALDRICH, as Administrator, etc., Respondent, v. NEAL M. DUNNING, Appellant.— Judgment and order affirmed, with costs. All concurred.

MELZER D. ALDRICH, Respondent, v. NEAL M. DUNNING, Appellant.— Judgment and order affirmed, with costs. All concurred.

MABEL A. BEIDLER, Respondent, v. GEORGE C. BEIDLER, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a motion by defendant at Special Term for leave to amend his answer, if so advised. All concurred.

CHARLES MARSHALL, as Administrator, etc., Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That the finding by the jury that the defendant was guilty of negligence and the intestate was free from contributory negligence is against the weight of the evidence. 2. That the omission of the trial court to submit to the jury the question of permission of the public to use as a traveled way the fifty-foot strip renders it unnecessary for this court to pass upon that question on this record. All concurred.

In the Matter of EDWARD GIBBONS, an Alleged Incompetent Person.— Motion for an order compelling restitution by the petitioner denied, without costs.

ACME GLASS COMPANY, Respondent, v. WOODS-LLOYD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

HARRY ECKLER, Appellant, v. VILLAGE OF ILION, Respondent.— Motion granted amending order of affirmance so as to state that the orders are affirmed as a matter of law, the court having examined the facts and found no error therein. De Angelis, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of MARY OWENS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Plaintiff, v. EDMUND P. COTTLE and Others, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for an order compelling restoration of fund denied, with ten dollars costs.

In the Matter of the Application of GEORGE F. WEICK, Respondent, for the Removal of ULYSSES S. McCORMACK and AUTO CLUB GARAGE, INC., from Certain Premises in the City of Buffalo.— Motion to dismiss appeal denied, and case put over present term of court, upon condition that appellants pay to respondent's attorney ten dollars.

In the Matter of the APPOINTMENT OF A TRUSTEE OF THE CITY AND COUNTY HALL, for the Use of the City of Buffalo and County of Erie, in Place of JOHN G. CLOAK, Deceased, Whose Term of Office Would Have Expired on the 4th Day of May, 1922.— Solomon F. Scheu, of Buffalo, appointed to fill the unexpired term, ending May 4, 1922.